Dated: July 27, 2026

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BRENDA LILIANA MEJICANOS CUYUN,** | ) | CASE NO.  3:25-cv-02785 |
| | ) | |
| Petitioner | ) | JUDGE JEFFREY J. HELMICK |
| | ) | |
| v. | ) | **STIPULATION OF** |
| | ) | **DISMISSAL** |
| **REBECCA ADDUCCI,** *et al*,, | ) | |
| | ) | |
| Respondents. | ) | |

Now comes Petitioner, Brenda Liliana Mejicanos Cuyun, by and through counsel, Troy A. Murphy, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby voluntarily dismisses the Petition for Writ of Habeas Corpus filed on or about December 23, 2025, in the above-captioned matter, without prejudice.  All Respondents, by and through counsel, Guillermo J. Rojas, stipulate to the instant dismissal.

Respectfully submitted,

/s/ Troy A. Murphy_____
Troy A. Murphy, Esq.
Murphy Law Offices, LLC
36591 Center Ridge Road, Se 105
North Ridgeville, Ohio 44039
T:  (440) 371-6116
F:  (440) 353-0216
murphylawofficesohio@yahoo.com

*Attorney for Petitioner*

/s/ Guillermo J. Rojas (via e-mail consent)
Guillermo J. Rojas, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
Four Seagate, 3rd Floor
433 N. Summit Street, Suite 308
Toledo, Ohio  43604
T:  (419) 259-6376
guillermo.rojas@usdoj.gov

*Attorney for Respondents*